1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANNER BANK, a Washington State Chartered Bank, | |
| Plaintiff, | |
| v. | C02-2251Z |
| VESSEL ISABELLA, Official No. 1101268; AMIR HESHMATPOUR and KATHY HESHMATPOUR, husband and wife and their marital community, | ORDER |
| Defendants. | |

8

9

10

11

12

13

14

15

16

THIS MATTER comes before the Court on Judgment Creditor Banner Bank's Motion and Petition for Extension of Judgment for Additional Ten Years Pursuant to RCW 6.17.020(3), docket no. 59.  Having considered the motion and all pleadings filed in support, and recognizing that Defendants have not filed an opposition, the Court enters the following Order:

17

18

19

20

21

22

23

ORDER - 1

The Court finds that a Judgment was entered by this Court on November 6, 2003, and that the petition to extend the judgment is being made within ninety (90) days of the expiration date of November 6, 2013.  RCW 6.17.020(3).

Judgment Creditor Banner Bank's Motion and Petition for Extension of Judgment for Additional Ten Years Pursuant to RCW 6.17.020(3), docket no. 59, is GRANTED.

<u>UPDATED JUDGMENT SUMMARY</u>

| | |
|---|---|
| Judgment Creditor: | Banner Bank |
| Attorney for Judgment Creditor: | Craig Miller<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101 |
| Judgment Debtor(s): | AMIR HESHMATPOUR and KATHY HESHMATPOUR, individually and the marital community composed thereof |
| Original Amount of Judgment: | The amount due under the $598,000 vessel note, including principal, interest, default interest and fees, as calculated in the Declaration of Lee Frank filed July 29, 2003, docket no. 47, to wit: $429,893.86 |
| Total Proceeds Received and Applied to Interest and Principal: | $0.00 |

Judgment Balance, Fees and Costs shall continue to bear interest at 6.875% per annum as set forth in the original judgment.  The original judgment shall be extended for an additional ten years from the date of this Order.

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

ORDER - 2

Dated this 21st day of October, 2013.

THOMAS S. ZILLY
United States District Judge